AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |  |
|---|---|---|
| ACCESS 4 ALL INCORPORATED and JUAN CARLOS GIL | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) | Civil Action No. |
| DIAZZA, LLC and SUPREME BAKERY, INC. | ) ) ) ) ) | 1:21-cv-22393-KMW |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DIAZZA, LLC.
c/o Florida Annual Report Services, Inc., Its Registered Agent
2300 Coral Way
Suite 200
Miami, FL 33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Anthony J. Perez, Esq.
c/o Garcia-Menocal & Perez, P.L.
4937 SW 74th Court
Miami, FL 33155

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   Jul 1, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |  |
|---|---|---|
| ACCESS 4 ALL INCORPORATED and JUAN CARLOS GIL | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. |
| | ) ) | 1:21-cv-22393-KMW |
| DIAZZA, LLC and SUPREME BAKERY, INC. | ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SUPREME BAKERY, INC.
2300 Coral Way
Suite 200
Miami, FL 33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony J. Perez, Esq.
c/o Garcia-Menocal & Perez, P.L.
4937 SW 74th Court
Miami, FL 33155

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    Jul 1, 2021



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Ketly Pierre*

Deputy Clerk
U.S. District Courts